Submitted on records and briefs November 2, convictions vacated in part; otherwise affirmed December 8, 1993

STATE OF OREGON,
*Respondent,*

*v.*

WILLIAM LEROY BRILEY,
*Appellant.*

(92C20549; CA A78186)

STATE OF OREGON,
*Respondent,*

*v.*

TANGE LYNN BRILEY,
*Appellant.*

(92C20550; CA A79031)
(Cases Consolidated for Opinion Only)
863 P2d 1317

Sally L. Avera, Public Defender, and Eric R. Johansen, Deputy Public Defender, filed the brief for appellant William Leroy Briley.

Sally L. Avera, Public Defender, and Jesse Wm. Barton, Deputy Public Defender, filed the brief for appellant Tange Lynn Briley.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent in each case.

Before Richardson, Chief Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

After a joint trial, defendants were each convicted of conspiracy to commit rape in the first degree, ORS 161.450, rape in the first degree, ORS 163.375, conspiracy to commit sexual abuse in the first degree, ORS 161.450, and sexual abuse in the first degree, ORS 163.427. They both contend that the court erred by not merging the conspiracy convictions and the principal offenses as required by ORS 161.485(3). The issue was raised below.

The state concedes that the court erred, and we accept that concession.

Convictions for conspiracy vacated in each case; otherwise affirmed.